In the Matter of RAYMOND C. MILLER SR., Appellant, v PATRICIA A. MILLER, Respondent.

Submitted July 13, 2009; decided September 17, 2009

Reported below, 63 AD3d 1323.

Motion for leave to appeal dismissed upon the ground that the appellant is not a party aggrieved.